

# Fourth Court of Appeals
## San Antonio, Texas

May 23, 2013

No. 04-13-00083-CV

**HALE LAND AND CATTLE, INC.,**
Appellant

v.

**SILVARIS CORPORATION, D/B/A LOW GRADE LUMBER and ALCALOSA FORWARDING, INC.**

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 08-12-24038-MCV
Honorable Cynthia Muniz, Judge Presiding

No. 04-13-00320-CV

**IN RE HALE LAND AND CATTLE COMPANY, INC.**

Original Mandamus Proceeding[1]

## ORDER

Sitting:    Catherine Stone, Chief Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

On April 15, 2013, Appellant Hale Land and Cattle Company, Inc. filed an interlocutory appeal and it was assigned Cause Number 04-13-00083-CV.[2] On May 22, 2013, Hale filed a petition for writ of mandamus and it was assigned Cause Number 04-13-00320-CV.

---

[1] The proceeding in Cause No. 04-13-00320-CV arises out of Cause No. 08-12-24038, styled *Silvaris Corporation, d/b/a Low Grade Lumber and Alcalosa Forwarding, Inc. v. Hale Land and Cattle Company, Inc.*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Cynthia Muniz presiding.

[2] On May 3, 2013, in Cause Number 04-13-00083-CV, this court issued an order denying Hale's Motion for Leave to Combine Petition for Writ of Mandamus With Interlocutory Appeal and allowing Hale to file a separate petition for writ of mandamus.

On May 22, 2013, Hale filed a motion to consolidate Cause Numbers 04-13-00083-CV and 04-13-00320-CV. The motion to consolidate is GRANTED. Therefore, it is ORDERED that Cause Numbers 04-13-00083-CV and 04-13-00320-CV are consolidated. From this date forward, the parties shall file all motions, briefs, and other pleadings as if the two cases were one case, but shall put both appellate cause numbers in the style of the case. Both cases will be submitted together as a single proceeding. If oral argument is granted, both cases will be argued together and the total time limit for each side at oral argument will equal the ordinary time limit for a single appeal. The court will dispose of the entire case with the same order/judgment, opinion, and mandate.

Additionally, this court is of the opinion that a serious question concerning the relief sought in the petition for writ of mandamus, Cause Number 04-13-00320-CV, requires further consideration. *See* TEX. R. APP. P. 52.8(b). Appellees/real parties in interest Alcalosa Forwarding, Inc. and Silvaris Corporation d/b/a Low Grade Lumber have filed briefs in Cause Number 04-13-00083-CV. Although not required, Respondent, the Honorable Cynthia Muniz, and Alcalosa and Silvaris may file any additional response to the petition for writ of mandamus, not previously addressed in the briefs, in this court no later than June 6, 2013 or Alcalosa and Silvaris may stand on the briefs previously filed in Cause Number 04-13-00083-CV. Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on May 23, 2013.                    PER CURIAM

ATTESTED TO:

Keith E. Hottle
Clerk of Court